# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL 09 - 1998(PGS) |
| V. | : | |
| CLAUDE R. PELZER | : | ORDER FOR DISMISSAL |
| | : | Pursuant to General |
| | : | Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on September 2, 2009,

It is on this 17 day of Sept. 2009,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.